IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

CYRIL M. LOGAR,
R. STEPHEN SEARS,

      Plaintiffs,

   v.

WEST VIRGINIA UNIVERSITY BOARD OF GOVERNORS, including members from 2008 through the present, a West Virginia state board; MARY ROBERTA BRANDT, individually and as former Vice President for Legal Affairs and General Counsel at West Virginia University and adjunct professor of law; BEVERLY D. KERR, individually and as Deputy General Counsel for West Virginia University; MARJORIE A. MCDIARMID, individually and as the Steptoe and Johnson Professor of Law and Technology and Academic Integrity Officer for West Virginia University; MICHAEL S. GARRISON, former President of West Virginia University; C. PETER MCGRATH, former interim President of West Virginia University; JAMES P. CLEMENTS, current President of West Virginia University; and E. JANE MARTIN, former Provost of West Virginia University,

      Defendants.

Civil Action No. 1:10-cv-201

**JURY TRIAL DEMANDED**

## NOTICE OF SUBPOENA

Pursuant to Fed. R. Civ. P. 45(b)(1) you are hereby notified that on July 26, 2011, Plaintiff R. Stephen Sears, Ph.D. will cause the attached Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to be served on Gerald E. Lang, Ph.D., c/o Michael Benninger, 151 Walnut Street, Morgantown, West Virginia 26505.

{01256371}

Dated: July 26, 2011

                    **R. STEPHEN SEARS**

                    By: THE TINNEY LAW FIRM, PLLC

                    /s/ John H. Tinney, Jr.
                    John H. Tinney (W. Va. Bar No. 3766)
                    John H. Tinney, Jr. (W. Va. Bar No. 6970)
                    222 Capitol Street, Suite 500
                    P.O. Box 3752
                    Charleston, WV 25337
                    (304) 720-3310 (Telephone)
                    (304) 720-3315 (Facsimile)

                    Thomas A. Clare, P.C.
                    Rebecca Ruby Anzidei
                    Britt C. Grant
                    KIRKLAND & ELLIS LLP
                    655 15th Street, N.W., 12th Floor
                    Washington, D.C. 20005
                    (202) 879-5000 (Telephone)
                    (202) 879-5200 (Facsimile)
                    *Admitted Pro Hac Vice*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

CYRIL M. LOGAR,
R. STEPHEN SEARS,

      Plaintiffs,

   v.

WEST VIRGINIA UNIVERSITY BOARD OF GOVERNORS, including members from 2008 through the present, a West Virginia state board; MARY ROBERTA BRANDT, individually and as former Vice President for Legal Affairs and General Counsel at West Virginia University and adjunct professor of law; BEVERLY D. KERR, individually and as Deputy General Counsel for West Virginia University; MARJORIE A. MCDIARMID, individually and as the Steptoe and Johnson Professor of Law and Technology and Academic Integrity Officer for West Virginia University; MICHAEL S. GARRISON, former President of West Virginia University; C. PETER MCGRATH, former interim President of West Virginia University; JAMES P. CLEMENTS, current President of West Virginia University; and E. JANE MARTIN, former Provost of West Virginia University,

      Defendants.

Civil Action No. 1:10-cv-201

**JURY TRIAL DEMANDED**

CERTIFICATE OF SERVICE

    I, John H. Tinney, Jr. counsel for R. Stephen Sears, hereby certify that on the 26th day of July, 2011, I electronically filed the foregoing Notice of Subpoena with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to the following:

{01256371}

Robert J. Ridge, Esq.
Daniel Tomassetti, Esq.
THORP, REED & ARMSTRONG, LLP
One Oxford Centre
301 Grant Street, 14th Floor
Pittsburgh, PA 15219
***Counsel for Cyril M. Logar***

Thomas A. Clare, P.C.
KIRKLAND & ELLIS LLP
655 15th Street, N.W., 12th Floor
Washington, DC 20005
***Counsel for R. Stephen Sears***

Stephen M. LaCagnin, Esq.
Wendy G. Adkins, Esq.
Seth P. Hayes, Esq.
JACKSON KELLY PLLC
150 Clay Street, Suite 500
Morgantown, WV 26501
***Counsel for WVU Board of Governors, C. Peter Magrath, James P. Clements and E. Jane Martin***

Debra H. Scudiere, Esq.
Kay Castro & Chaney PLLC
1085 Van Voorhis Road, Suite 100
Morgantown, WV 26505
***Counsel for Mary Roberta Brandt and Beverly D. Kerr***

Scott A. Curnutte, Esq.
Post Office Box 1605
312 Railroad Avenue
Elkins, WV 26241
***Counsel for Marjorie A. McDiarmid***

Robert P. Fitzsimmons, Esq.
Robert J. Fitzsimmons, Esq.
Fitzsimmons Law Offices
1609 Warwood Avenue
Wheeling, WV 26003-7110
***Counsel for Michael S. Garrison***

    /s/ John H. Tinney, Jr.
    John H. Tinney, Jr. (W. Va. Bar No. 6970)